AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Mark S. Zaid, Esq. *Plaintiff* | )<br>)<br>) |
| v. | ) Case No. 1:25-cv-1365 |
| Executive Office of the President, et al. *Defendant* | )<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mark S. Zaid, Esq.

Date:  May 5, 2025

*Attorney's signature*

Margaret M. Donovan, D.C. Bar. # CT0026
*Printed name and bar number*

Koskoff, Koskoff & Bieder
350 Fairfield Ave.
Bridgeport, CT 06604
*Address*

MDonovan@Koskoff.com
*E-mail address*

(203) 336-4421
*Telephone number*

(203) 368-3244
*FAX number*