UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK S. ZAID, ESQ.<br><br>        Plaintiff,<br><br>  v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al*.<br><br>        Defendants. | Civil Action No.: 1:25-cv-1365-AHA<br><br>**HEARING REQUESTED** |

**PLAINTIFF MARK ZAID'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Civil Rule 65.1(c), Plaintiff Mark S. Zaid, Esq., by and through his attorneys, hereby moves for a preliminary injunction against the Defendants. Pursuant to Local Civil Rule 65.1(d), Mr. Zaid also requests a hearing on his application for a preliminary injunction no later than 21 days after this filing.

Plaintiff notes that service was effected on the United States Attorney's Office for the District of Columbia on May 6, 2025.[1] *See* ECF No. 8. Undersigned counsel made two attempts to contact leadership from the United States Attorney's Office for the District of Columbia and from the Department of Justice's Federal Programs Branch to alert them to this filing and discuss its attendant briefing schedule and have not yet received a response.

A memorandum of law, Mr. Zaid's supporting declaration, an accompanying client declaration, an expert report, and a proposed Order are attached hereto.

---

[1] E-mailed delivery of the summons referenced at ECF No. 8 was coupled with service via certified mail in accordance with Fed. R. Civ. P. 4(i). Undersigned counsel is awaiting the return receipts.

Dated: May 21, 2025                          Respectfully Submitted,

*/s/ Abbe David Lowell*  
Abbe David Lowell (D.C. Bar #358651)  
David A. Kolansky (NY Bar #5887765)  
LOWELL & ASSOCIATES, PLLC  
1250 H Street, N.W., 2nd Fl.  
Washington, DC 20005  
Tel: (202) 964-6110  
Fax: (202) 964-6116  
alowellpublicoutreach@lowellandassociates.com  
dkolansky@lowellandassociates.com  

*/s/ Norman L. Eisen*  
Norman L. Eisen (D.C. Bar #435051)  
DEMOCRACY DEFENDERS FUND  
600 Pennsylvania Avenue, SE, #15180  
Washington, D.C. 20003  
Tel: (202) 594-9958  
norman@statedemocracydefenders.org  

*/s/ Margaret M. Donovan*  
Margaret M. Donovan (D.C. Bar #CT0026)  
Christopher M. Mattei (*pro hac vice forthcoming*)  
KOSKOFF, KOSKOFF & BIEDER, PC  
350 Fairfield Ave., Suite 501  
Bridgeport, CT 06604  
Tel: (203) 336-4421  
Fax: (203) 368-3244  
mdonovan@koskoff.com  
cmattei@koskoff.com  

*/s/ Kevin T. Carroll*  
Kevin T. Carroll (D.C. Bar #1021479)  
1751 Pinnacle Drive  
Tysons, VA 22102  
Tel: (718) 791-5761  
kevintcarroll@hotmail.com  

*/s/ George W. Croner*  
George W. Croner (*pro hac vice forthcoming*)  
KOHN, SWIFT & GRAF, P.C.  
1600 Market Street, Suite 2500  
Philadelphia, PA 19103  
Tel: (215) 238-1700  
gcroner@kohnswift.com  

*/s/ D.E. Wilson, Jr.*  
D.E. Wilson, Jr. (D.C. Bar #932178)  
LANKFORD & REED, PLLC  
120 North St. Asaph Street  
Alexandria, VA. 22314  
Tel: (703) 299-5000  
ewilson@LRfirm.net  

*/s/ Eugene R. Fidell*  
Eugene R. Fidell (D.C. Bar #112003)  
FELDESMAN LEIFER LLP  
1129 20th Street NW, Ste. 400  
Washington, D.C., 20036  
Tel: (202) 466-8960  
efidell@feldesman.com  

                                               *Counsel for Plaintiff Mark S. Zaid.*