# EXHIBIT 3



**DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY**
BUILDING 600 10TH STREET
FORT GEORGE G. MEADE, MD  20755-5615

**PERSONNEL SECURITY**

April 3, 2025

MEMORANDUM FOR MARK STEVEN ZAID

THROUGH:  INDUSTRIAL SECURITY INTEGRATORS, LLC
            (ATTN: SECURITY MANAGEMENT OFFICE)

SUBJECT: Revocation of Personnel Security Clearance Eligibility

Reference:  Presidential Memorandum, "Rescinding Security Clearances and Access to Classified Information from Specific Individuals," March 22, 2025

1.  The Reference directs every executive department and agency head to take all additional action as necessary and consistent with existing law to revoke any active security clearances held by you, and by other individuals identified or described in the Reference.

2.  Pursuant to that direction, DCSA has revoked the security clearance held by you.  The revocation action has been annotated in our system of record for personnel clearances.

3.  For additional information on the Presidential Memorandum, please see the following website: https://www.whitehouse.gov/presidential-actions/2025/03/rescinding-security-clearances-and-access-to-classified-information-from-specified-individuals/

by **A0854**

Division Chief
Adjudication and Vetting Services

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974