# EXHIBIT 5

**Gmail**                                                                                                Mark S. Zaid, P.C. <mark@markzaid.com>

---

### Request to review previously submitted complaint

▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ @odni.gov>                                                               Wed, Apr 23, 2025 at 6:17 PM
To: "Mark S. Zaid, P.C." <mark@markzaid.com>
Cc: ICIG_Hotline <ICIGHotline@odni.gov>

                                          UNCLASSIFIED

Hi Mark,

ODNI Security provided the following response: "(U) Pursuant to Presidential direction issued on 22 March 2025 (attached), the individuals listed therein, no longer have a security clearance, are not authorized for access to classified information, and do not have unescorted access to ODNI facilities."

The referenced attachment is the Presidential Memorandum available here: Rescinding Security Clearances and Access to Classified Information from Specified Individuals – The White House

Best,

▮▮▮▮▮▮

                                          UNCLASSIFIED

---

**From:** Mark S. Zaid, P.C. <mark@markzaid.com>
**Sent:** Wednesday, April 23, 2025 3:31 PM
**To:** ▮▮▮▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮@odni.gov>
**Cc:** ICIG_Hotline <▮▮▮▮▮▮line@odni.gov>
**Subject:** Re: Request to review previously submitted complaint

▮▮▮▮▮▮, can you please provide me with a formal determination on my request to access my client's classified OIG submission.

Whatever the decision might be.