# EXHIBIT 6

Placeholder for video file: Megyn Kelly video clip from May 1, 2025, to be delivered under separate cover.