# EXHIBIT 7



Office of the Director of National Intelligence

## NEWS RELEASE

FOR IMMEDIATE RELEASE
ODNI News Release No. 08-25
May 2, 2025

**First 100 Days: DNI Gabbard Ends Woke DEI Polices, Saves Millions Of Taxpayer Dollars, Revokes Security Clearances, Refers Leaks To Ensure Apolitical Intelligence Collection And Analysis**

**WASHINGTON, D.C.** – At the direction of President Trump during his first 100 days, Director of National Intelligence (DNI) Tulsi Gabbard eliminated diversity, equity, and inclusion (DEI) programs and policies at the Office of Director of National Intelligence (ODNI), saving taxpayers millions of dollars. DNI Gabbard has also revoked security clearances and access to classified information for numerous individuals who abused public trust for political purposes to ensure objective intelligence collection and analysis.

In an exclusive interview with Megyn Kelly, DNI Gabbard detailed the harm caused by previously rampant DEI policies in the Intelligence Community (IC) and explained her and President Trump's efforts to rid the IC of these woke policies:

*"When I came in here...DEI was such a priority, that it was baked into the incentive structure for people to advance professionally. And I would imagine it was very similar across the federal government, where some employees told me that they were put in a position where they had to spend half of their time working on DEI initiatives in order for them to be able to advance professionally. When we look at why this was a priority for the President, this is not some superficial thing. There are national security implications to what the Biden Administration was doing in centering almost their entire administration around DEI initiatives."*

Under the leadership of President Trump and DNI Gabbard, ODNI accomplished the following wins related to ending wokeness and the politicization of intelligence:

- Per President Trump's DEI Executive Order, DNI Gabbard eliminated all DEI programs and policies at ODNI, saving the taxpayer approximately $20 million annually.

- DNI Gabbard is closing ODNI's Human Capital Office after discovering it operates as a slush fund for DEI initiatives. This cut will save taxpayers approximately $150 million annually.

- DNI Gabbard shut down the "NSA sex chats" and formally directed the revocation of security clearances of all Intelligence Community personnel involved in the sexually explicit groups.

- DNI Gabbard also directed the NSA to remove its "Pride Glossary" from intelligence community servers, which was filled with sexually explicit DEI terminology unrelated to protecting American security.

- Per President Trump's directive, DNI Gabbard revoked security clearances and barred access to classified information for:
    - Joe Biden, Kamala Harris, Hillary Clinton, Liz Cheney, Adam Kinzinger, Antony Blinken, Jake Sullivan, Alvin Bragg, Andrew Weissman, the 51 signers of the Hunter Biden "disinformation" letter, among others.

- DNI Gabbard referred three leaks of classified IC information to the Department of Justice for criminal prosecution, with more on the way.

- DNI Gabbard is putting an end to all non-merit-based recruitment of Intelligence Community professionals.

###