# EXHIBIT 8



**DNI Tulsi Gabbard** ✅
@DNIGabbard

During @POTUS's first 100 days in office, I eliminated DEI programs and policies at @ODNIgov, and revoked security clearances and access to classified information for numerous individuals who abused public trust for political purposes. We are saving taxpayers millions and ensuring President Trump's policymakers receive unbiased intelligence assessments to ensure the safety, security, and freedom of the American people. dni.gov/index.php/news...

11:54 AM · May 2, 2025 · **114.5K** Views

 356    1K    4.9K    88