UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK S. ZAID, ESQ.<br><br>    Plaintiff,<br><br>    v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al*.<br><br>    Defendants. | Civil Action No.: 1:25-cv-1365-AHA |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Mark S. Zaid's Motion for Preliminary Injunction, and the entire record herein, it is this _____ day of _____ 2025, hereby,

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the Executive Office of the President, Department of Defense, Defense Counterintelligence and Security Agency, Central Intelligence Agency, Officer of the Director of National Intelligence, and the United States of America (collectively, the "Defendants"), and their officers, agents, employees, and attorneys, are **ENJOINED** from revoking Mr. Zaid's security clearance and his access to classified information pursuant to the March 22, 2025 Presidential Memorandum entitled, "Rescinding Security Clearances and Access to Classified Information from Specified Individuals."

**ORDERED** that Defendants immediately and fully restore Mr. Zaid's security clearance and his access to classified information.

**ORDERED** that Defendants are **ENJOINED** from taking any additional action pursuant to the March 22, 2025 Presidential Memorandum which would infringe on Mr. Zaid's

1

Constitutional rights or those of his clients, as the Court determines.

    **SO ORDERED.**

Dated: _____

                                      Hon. Amir H. Ali
                                      United States District Judge