# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK S. ZAID, ESQ.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al*.<br><br>　　　　　Defendants. | Civil Action No.: 1:25-cv-1365<br><br>Hon. Amir H. Ali |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated May 21, 2025, directing the Parties to meet, confer, and file a joint status report proposing a briefing schedule, the Parties respectfully submit the following:

1. On May 21, 2025, Plaintiff moved for a Preliminary Injunction (P.I.) and requested a hearing. On May 22, 2025, the Parties met and conferred on a proposed briefing schedule. Defendants indicated an intent to file a dispositive Rule 12 motion in response to the Complaint.

2. The Parties respectfully propose the following briefing schedule:

| | |
|---|---|
| Government's response to Plaintiff's P.I. motion | May 30, 2025 |
| Government's opening Rule 12 motion | May 30, 2025 |
| Plaintiff's reply in support of his P.I. motion | June 13, 2025 |
| Plaintiff's opposition to Rule 12 motion | June 13, 2025 |
| Government's reply in support of its Rule 12 mot. | June 20, 2025 |

3.  The Parties are available for a hearing on the above-referenced briefing on June 24, June 26, or June 27, or as soon thereafter as counsel may be heard.[1]

4.  A proposed Order governing this briefing schedule is attached herewith.

Dated: May 22, 2025

/s/ *Abbe David Lowell*
Abbe David Lowell (D.C. Bar #358651)
David A. Kolansky (NY Bar #5887765)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., 2nd Fl.
Washington, DC 20005
Tel: (202) 964-6110
Fax: (202) 964-6116
alowellpublicoutreach@lowellandassociates.com
dkolansky@lowellandassociates.com

/s/ *Margaret M. Donovan*
Margaret M. Donovan (D.C. Bar #CT0026)
Christopher M. Mattei (*pro hac vice forthcoming*)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com
cmattei@koskoff.com

/s/ *Norman L. Eisen*
Norman L. Eisen (D.C. Bar #435051)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue, SE, #15180
Washington, D.C. 20003
Tel: (202) 594-9958
norman@statedemocracydefenders.org

*Counsel for Plaintiff Mark S. Zaid*

Respectfully Submitted,

CHAD MIZELLE
Acting Associate Attorney General

/s/ Richard Lawson
Richard Lawson
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: (202) 445-8042

*Counsel for Defendants*

---

[1] Plaintiff agrees that his request for a hearing scheduled for one of these dates constructively withdraws his previous request for a hearing within 21 days under Local Civil Rule 65.1(d).