**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARK ZAID, ESQ.** ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-1365-AHA |
| ) | |
| **EXECUTIVE OFFICE** ) | |
| **OF THE PRESIDENT** ) | |
|  **et al.,** ) | |
| *Defendants.* ) | |

**UNOPPOSED MOTION OF FORMER PRESIDENTS**
**OF THE DISTRICT OF COLUMBIA BAR, OTHER FORMER OFFICERS AND**
**GOVERNORS OF THE DC BAR,**
**PAST AND PRESENT PRESIDENTS OF VOLUNTARY BAR ASSOCIATIONS**
**AND VOLUNTARY BAR ASSOCIATIONS IN THE DISTRICT OF COLUMBIA**
**FOR LEAVE TO FILE *AMICI CURIAE BRIEF* IN SUPPORT OF PLAINTIFF'S**
**MOTION FOR A PRELIMINARY INJUNCTION**

**INTRODUCTION AND INTERESTS OF AMICI**

Pursuant to LCvR 7(o), this request for leave to file the attached *amicus curiae* brief is

filed on behalf of four categories of leadership of the legal profession in the District of

Columbia: (1) former Presidents of The District of Columbia Bar, (2) former officers, governors,

and senior executive staff of the DC Bar, (3)  former and current leaders of the District of

Columbia's many voluntary bar associations, and (4) five District of Columbia voluntary bar

associations.  These leaders and bar associations wish to file this *amici* brief in support of

Plaintiff's motion for a preliminary injunction (ECF No. 9)[1]  Consistent with Local Rule 7(m),

---

[1] The list of former Presidents of The District of Columbia Bar, former leaders of District of
Columbia voluntary bar association, former DC Bar officers, governors and senior staff, and
voluntary bar associations on whose behalf this motion is submitted appears at the end of this
motion.  The individual bar leaders are seeking to participate as *amici* in their personal capacity
and not as members of their law firms, companies, or employers.

we have apprised counsel for Plaintiff and Defendants, who have each advised that they do not object to the filing of this motion.

Each of the former District of Columbia Bar Presidents, officers, and governors seeking status as *amici curiae*, including the undersigned counsel, was elected at various points over the past five decades by the tens of thousands of lawyers authorized to practice law in the Nation's Capital.  The DC Bar is a "mandatory" or "unified" bar that was formed in 1972 as an official arm of the District of Columbia Court of Appeals.  The DC Bar is responsible for licensing lawyers and regulating the practice of law in Washington. The DC Bar is the second largest unified bar in the country.

The District of Columbia also has numerous private organizations of lawyers called "voluntary bars" that focus on professional development and advocacy but do not regulate the practice of law or discipline lawyers.  The other *amici* who join in this brief are former senior executive staff of the DC Bar, and former presidents of a number of those voluntary bar associations, including the Women's Bar Association, the Bar Association of the District of Columbia, National Bar Association, Washington Bar Association, and Trial Lawyers Association of Metropolitan Washington, DC.  In addition, the present leadership of five of these voluntary bar associations -- Bar Association of the District of Columbia, Women's Bar Association of the District of Columbia,  Hispanic Bar Association of the District of Columbia, Trial Lawyers Association of Metropolitan Washington, DC, and Metropolitan Washington Employment Lawyers Association – have voted to include their bar associations as *amici curiae.*

These former DC. Bar presidents and leaders are of varying political affiliations.  We have conflicting perspectives on many issues of law and policy. But as former bar leaders, each of us has promoted and acted to advance the Bar's core values of increasing access to justice in

our community.  In addition, these voluntary bar associations have varying missions and organizational goals and values.  All of the signatories are united in the view that our democracy depends on the crucial role of the courts (and by extension lawyers as officers of the court) in our constitutional system of checks and balances to uphold and defend the Rule of Law.

While we are aligned with the position of the Plaintiff, our interests are distinct from those of a law firm. Thes individual former DC Bar leaders and the lawyers represented by the voluntary bar associations are lawyers whose primary careers have been in government service, in private practice in large and small firms, in the academic community, in public interest organizations, in corporate law departments, or in a combination of those experiences. The formal steps taken by the Trump Administration to penalize and intimidate the President's perceived political enemies profoundly affect all lawyers, and most particularly those in the seat of government where we and others practice law.

We are aware that in this extraordinary time in the history of our democracy, even the filing of a "friend of the court" brief now potentially places us at personal risk of reprisal from the Trump Administration.  We nonetheless believe that it is imperative that members of the legal community and particularly its leaders speak out publicly to denounce the current Administration's unprecedented and unconstitutional actions to prevent its political opponents from having access to legal counsel and to muzzle and restrain a profession that is essential to the administration of justice.

## <u>CONCLUSION</u>

For these reasons, we respectfully request that this Court enter the attached order granting leave to participate in this case as *amici curiae* and permit the filing of the attached *amici* brief.

Dated: May 28, 2025                    Respectfully submitted.

_____
Andrea C. Ferster
Law Offices of Andrea C Ferster
DC Bar #384648
68 Beebe Pond Road
Canaan, NY 12029
Phone: 202-669-6311
Email: Andreaferster@gmail.com

*Of Counsel*
Philip Allen Lacovara
(DC Bar #194472)
4352 West Gulf Drive
Sanibel, FL 33957-5106
Phone: 239-472-2992
Email: placovara@gmail.com

**PROPOSED AMICI CURIAE**

**_Past Presidents of The District of Columbia Bar_**
(appearing in their individual capacities)

Charles R. Work (1976-1977)

Marna Tucker (1984-1985)

Philip Allen Lacovara (1988-1989)

Robert N. Weiner (1995-1996)

Myles V. Lynk (1996-1997)

Andrew H. Marks (1998-1999)

Joan H. Strand (1999-2000)

John W. Nields, Jr. (2000-2001)

John C. Keeney Jr. (2004-2005)

John C. Cruden (2005-2006)

James J. Sandman (2006-2007)

Melvin White (2007-2008)

Kim M. Keenan (2009-2010)

Andrea C. Ferster (2013-2014)

Annamaria Steward (2016-2017)

Patrick McGlone (2017-2018)

Susan M. Hoffman (2019-2020)


**_Former Officers and Governors of The District of Columbia Bar_**
(appearing in their individual capacities and listed alphabetically)

William F. Causey, Board of Governors,1995-1998

H. Guy Collier, Board of Governors, 2010-2013

Moses Cook, Board of Governors, 2015-2018

Robert D. Dinerstein, Board of Governors, 2002-2005

Francis D. Carter, Board of Governors, 2002-2005

Ann K. Ford, Board of Governors, 2015-2018

Elizabeth Sarah Gere, Board of Governors, 2018-2024

Nathalie F.P. Gilfoyle, Board of Governors, 2004-2007

Jeffrey S. Gutman, Treasurer, 2011-2012, Board of Governors, 2012-2015

Su Sie Ju, Board of Governors, 2019-2022

Sara Kropf, Secretary, 2013-2014

Annette K. Kwok, Board of Governors, 2016-2019

Rebecca M. MacNeill, Secretary, 2007-2008, Board of Governors, 2008-2011

Mira Nan Marshall, Secretary, 2003-2004

Amy E. Nelson, Treasurer, 2018-2019, Board of Governors, 2019-2022

Don Resnikoff, Treasurer, 2007-2008

Martha Purcell Rogers, Board of Governors, 2002-2005

Anthony Tu-Sekine, Secretary 2006-2007

Paul M. Smith, Board of Governors 2002-2005

Leslie T. Thornton, Board of Governors, 2018-2021

Benjamin F. Wilson, Board of Governors, 2008-2011 and 2014-2018


## *<u>Former Senior Executive Staff of The District of Columbia Bar</u>*

Katherine A. Mazzaferri
(Executive Director, 1982-2010, Chief Executive Officer, 2010-2017)

Cynthia D. Hill
(Assistant Executive Director for Programs, 1990-2010,
Chief Programs Officer, 2010- 2017)

Maureen Thornton Syracuse
(D.C. Bar Pro Bono Center, Director/Executive Director, 1992-2011)

***<u>Past and Current Presidents of Voluntary Bars</u>***
**(**appearing in their individual capacities and listed alphabetically)

Jessica E. Adler, President, Women's Bar Association of the District of Columbia (2013-2014)

Ralph P. Albrecht, President, Bar Association of the District of Columbia (2008-2009)

Mark W. Atwood, President, DC Chapter, InterAmerican Bar Association (2025-2026)

Alfred F. Belcuore, National President, Federal Bar Association (1991-1992); DC Chapter President, American Board of Trial Advocates (2018-2024); President, The Counsellors, District of Columbia (2024-2025)

Constance L. Belfiore, President, Bar Association of the District of Columbia (1997-1998)

Robert L. Bell, President, Washington Bar Association (2007-2008)

Joel P. Bennett, President, Bar Association of the District of Columbia (1992-1993)

Traci Buschner, President, Trial Lawyers Association of Metropolitan Washington, DC (2024-2025)

Joseph Cammarata, President, Trial Lawyers Association of Metropolitan Washington, DC (2015-2016)

Harlow R Case, President, Trial Lawyers Association of Metropolitan Washington, DC (1987-1988)

Paulette E. Chapman, President, Women's Bar Association of the District of Columbia (2003-2004); President, Bar Association of the District of Columbia (2007-2008)

William E. Davis, President, Bar Association of the District of Columbia (2004-2005)

Daniel Trujillo Esmeral, President, Hispanic Bar Association of the District of Columbia (2025-2026)

Karen E. Evans, President, Washington Bar Association (2014-2016); President, Trial Lawyers Association of Metropolitan Washington DC (2012)

Michael Feldman, President, Trial Lawyers Association of Metropolitan Washington, DC (1998-1999)

L. Palmer Foret, President, Trial Lawyers Association of Metropolitan Washington, DC (2003-2004)

Iris McCollum Green, President, Washington Bar Association (2010-2012)

Kathleen Gunning, President, Women's Bar Association of the District of Columbia (1991-1992)

David E. Hawkins, President, Bar Association of the District of Columbia (2013-2014)

David E. Haynes, President, Trial Lawyers Association of Metropolitan Washington, DC (2016-2017)

Christopher G. Hoge, President, Bar Association of the District of Columbia (1998-1999)

Gerald I. Holtz, President, Trial Lawyers Association of Metropolitan Washington, DC (1986-1987)

Ronald C. Jessamy, Sr., President, Washington Bar Association (2008-2010)

Matthew G. Kaiser, President, Bar Association of the District of Columbia (2017-2018)

Nancy Aliquo Long, President, Women's Bar Association of the District of Columbia (1996-1997); Women's Bar Association Foundation (2014-2016)

Victor E. Long, President, Trial Lawyers Association of Metropolitan Washington, DC (2013-2014)

Patrick Malone, President, Trial Lawyers Association of Metropolitan Washington, DC (2004-2005)

M. Elizabeth Medaglia, President, Women's Bar Association of the District of Columbia (1982-1983); President, Assistant United States Attorneys Association of DC (1984-1985); President, Charles Fahy American Inn of Court (1990-1992)

W. Charles Meltmar, President, Trial Lawyers Association of Metropolitan Washington, DC (2021-2022)

Sonia Murphy, President, Women's Bar Association of the District of Columbia (2016-2017)

Dwight D. Murray, President, Bar Association of the District of Columbia (1996-1997)

Christopher T. Nace, President, Trial Lawyers Association of Metropolitan Washington, DC (2017-2018)

Michelle A. Parfitt, President, Trial Lawyers Association of Metropolitan Washington, DC (2002-2003)

Patrick M. Regan, President, Trial Lawyers Association of Metropolitan Washington DC (1991-1992)

Melissa Rhea, President. Trial Lawyers Association of Metropolitan Washington, DC (2006-2007)

Sandra H. Robinson, President, Trial Lawyers Association of Metropolitan Washington, DC (1997-1998)

Ira Sherman, President, Trial Lawyers Association of Metropolitan Washington, DC (1993-1994)

Allan M. Siegel, President. Trial Lawyers Association of Metropolitan Washington, DC (2008-2009)

Gwendolyn Simmons, President, Women's Bar Association of the District of Columbia (1990-1991)

Gregory S. Smith, President, Bar Association of the District of Columbia (2011-2012); President, Atlanta Bar Association (1998-1999)

Suzanne M. Snedegar, President, Women's Bar Association of the District of Columbia (1979-1980)

James Taglieri, President, Trial Lawyers Association of Metropolitan Washington, DC (1989-1990)

Lucy L. Thomson, President, Women's Bar Association of the District of Columbia (1988-1989)

Kenneth M. Trombly, President, Trial Lawyers Association of Metropolitan Washington, DC (1994-1995)

Keith W. Watters, President, Bar Association of the District of Columbia (2006-2007); Washington Bar Association (1988-1990), National Bar Association (1995-1996)

Salvatore J. Zambri, Past-President, Trial Lawyers Association of Metropolitan Washington, DC (2007-2008)

## District of Columbia Voluntary Bar Associations

### The Bar Association of the District of Columbia (BADC)

BADC is a non-profit voluntary bar association that seeks to promote civility, justice, and collegiality among members of the legal profession as well as access to legal services for all residents of the nation's capital.  The BADC is the first bar association founded in the District of Columbia in 1871, the same year that the U.S. Department of Justice was established. It is a zealous proponent of the Rule of Law, and the independence of the judiciary, law firms and lawyers.

### The Women's Bar Association of the District of Columbia

The mission of the Women's Bar Association of the District of Columbia is to maintain the honor and integrity of the profession, promote the administration of justice, and advance and protect the interest of women lawyers. The WBA envisions a world in which all women lawyers are empowered to achieve personal and professional success and satisfaction, where all members are meaningfully connected, engaged, and mentored, and where diversity, equity, and inclusion are hallmarks of our programming and leadership. Through our efforts, we will enhance our advocacy voice and community service to improve the legal profession and our society as a whole and promote the rule of law.

### The Hispanic Bar Association of the District of Columbia (HBA-DC)

HBA-DC is a non-profit established in 1977 serving lawyers and law students in the D.C. region. Committed to fostering professional growth, the HBA-DC runs multifaceted initiatives through scholarships, advocacy, pro bono activities, and community outreach. The HBA-DC's interest in this litigation stems from its dedication to the principles of promoting equal justice and opportunity; educating the community about relevant legal issues; and promoting the professional development of lawyers and law students, including those of Hispanic heritage.

**The Trial Lawyers Association of Metropolitan Washington, D.C. (TLA-DC)**

The Trial Lawyers Association of Metropolitan Washington, D.C. (TLA-DC) is a nonprofit voluntary bar association dedicated to preserving the civil justice system and promoting the rule of law. TLA-DC champions the constitutional right to trial by jury, supports access to justice for all, and works to protect public safety through legal accountability. The organization is a strong advocate for ethical advocacy, the independence of the legal profession, and the integrity of the courts.

**The Metropolitan Washington Employment Lawyers Association (MWELA)**

MWELA is a non-profit organization comprised of over 350 lawyers who regularly advise and represent employees in employment and civil rights disputes. MWELA is the local chapter of the National Employment Lawyers Association, a national organization of more than 3,000 lawyers dedicated to the advancement of employee rights. MWELA shares the amicus brief's concerns about the targeting of law firms for their client representations and their implementation of employee DEI programs, and the chilling effect on the legal profession were the Executive Orders allowed to stand.