**APPENDIX TO AMICI BRIEF**

**AMICI CURIAE**

***Past Presidents of The District of Columbia Bar***
(appearing in their individual capacities)

Charles R. Work (1976-1977)

Marna Tucker (1984-1985)

Philip Allen Lacovara (1988-1989)

Robert N. Weiner (1995-1996)

Myles V. Lynk (1996-1997)

Andrew H. Marks (1998-1999)

Joan H. Strand (1999-2000)

John W. Nields, Jr. (2000-2001)

John C. Keeney Jr. (2004-2005)

John C. Cruden (2005-2006)

James J. Sandman (2006-2007)

Melvin White (2007-2008)

Kim M. Keenan (2009-2010)

Andrea C. Ferster (2013-2014)

Annamaria Steward (2016-2017)

Patrick McGlone (2017-2018)

Susan M. Hoffman (2019-2020)

***Former Officers and Governors of The District of Columbia Bar***
(appearing in their individual capacities and listed alphabetically)

William F. Causey, Board of Governors, 1995-1998

H. Guy Collier, Board of Governors, 2010-2013

Moses Cook, Board of Governors, 2015-2018

Robert D. Dinerstein, Board of Governors, 2002-2005

Francis D. Carter, Board of Governors, 2002-2005

Ann K. Ford, Board of Governors, 2015-2018

Elizabeth Sarah Gere, Board of Governors, 2018-2024

Nathalie F.P. Gilfoyle, Board of Governors, 2004-2007

Jeffrey S. Gutman, Treasurer, 2011-2012, Board of Governors, 2012-2015

Su Sie Ju, Board of Governors, 2019-2022

Sara Kropf, Secretary, 2013-2014

Annette K. Kwok, Board of Governors, 2016-2019

Rebecca M. MacNeill, Secretary, 2007-2008, Board of Governors, 2008-2011

Mira Nan Marshall, Secretary, 2003-2004

Amy E. Nelson, Treasurer, 2018-2019, Board of Governors, 2019-2022

Don Resnikoff, Treasurer, 2007-2008

Martha Purcell Rogers, Board of Governors, 2002-2005

Anthony Tu-Sekine, Secretary 2006-2007

Paul M. Smith, Board of Governors 2002-2005

Leslie T. Thornton, Board of Governors, 2018-2021

Benjamin F. Wilson, Board of Governors, 2008-2011 and 2014-2018


***Former Senior Executive Staff of The District of Columbia Bar***

Katherine A. Mazzaferri
  (Executive Director, 1982-2010, Chief Executive Officer, 2010-2017)

Cynthia D. Hill
  (Assistant Executive Director for Programs, 1990-2010,
  Chief Programs Officer, 2010- 2017)

    Maureen Thornton Syracuse
        (D.C. Bar Pro Bono Center, Director/Executive Director, 1992-2011)

### *Past and Current Presidents of Voluntary Bars*
(appearing in their individual capacities and listed alphabetically)

Jessica E. Adler, President, Women's Bar Association of the District of Columbia (2013-2014)

Ralph P. Albrecht, President, Bar Association of the District of Columbia (2008-2009)

Mark W. Atwood, President, DC Chapter, InterAmerican Bar Association (2025-2026)

Alfred F. Belcuore, National President, Federal Bar Association (1991-1992); DC Chapter President, American Board of Trial Advocates (2018-2024); President, The Counsellors, District of Columbia (2024-2025)

Constance L. Belfiore, President, Bar Association of the District of Columbia (1997-1998)

Robert L. Bell, President, Washington Bar Association (2007-2008)

Joel P. Bennett, President, Bar Association of the District of Columbia (1992-1993)

Traci Buschner, President, Trial Lawyers Association of Metropolitan Washington, DC (2024-2025)

Joseph Cammarata, President, Trial Lawyers Association of Metropolitan Washington, DC (2015-2016)

Harlow R Case, President, Trial Lawyers Association of Metropolitan Washington, DC (1987-1988)

Paulette E. Chapman, President, Women's Bar Association of the District of Columbia (2003-2004); President, Bar Association of the District of Columbia (2007-2008)

William E. Davis, President, Bar Association of the District of Columbia (2004-2005)

Daniel Trujillo Esmeral, President, Hispanic Bar Association of the District of Columbia (2025-2026)

Karen E. Evans, President, Washington Bar Association (2014-2016); President, Trial Lawyers Association of Metropolitan Washington DC (2012)

Michael Feldman, President, Trial Lawyers Association of Metropolitan Washington, DC (1998-1999)

L. Palmer Foret, President, Trial Lawyers Association of Metropolitan Washington, DC (2003-2004)

Iris McCollum Green, President, Washington Bar Association (2010-2012)

Kathleen Gunning, President, Women's Bar Association of the District of Columbia (1991-1992)

David E. Hawkins, President, Bar Association of the District of Columbia (2013-2014)

David E. Haynes, President, Trial Lawyers Association of Metropolitan Washington, DC (2016-2017)

Christopher G. Hoge, President, Bar Association of the District of Columbia (1998-1999)

Gerald I. Holtz, President, Trial Lawyers Association of Metropolitan Washington, DC (1986-1987)

Ronald C. Jessamy, Sr., President, Washington Bar Association (2008-2010)

Matthew G. Kaiser, President, Bar Association of the District of Columbia (2017-2018)

Nancy Aliquo Long, President, Women's Bar Association of the District of Columbia (1996-1997); Women's Bar Association Foundation (2014-2016)

Victor E. Long, President, Trial Lawyers Association of Metropolitan Washington, DC (2013-2014)

Patrick Malone, President, Trial Lawyers Association of Metropolitan Washington, DC (2004-2005)

M. Elizabeth Medaglia, President, Women's Bar Association of the District of Columbia (1982-1983); President, Assistant United States Attorneys Association of DC (1984-1985); President, Charles Fahy American Inn of Court (1990-1992)

W. Charles Meltmar, President, Trial Lawyers Association of Metropolitan Washington, DC (2021-2022)

Sonia Murphy, President, Women's Bar Association of the District of Columbia (2016-2017)

Dwight D. Murray, President, Bar Association of the District of Columbia (1996-1997)

Christopher T. Nace, President, Trial Lawyers Association of Metropolitan Washington, DC (2017-2018)

Michelle A. Parfitt, President, Trial Lawyers Association of Metropolitan Washington, DC (2002-2003)

Patrick M. Regan, President, Trial Lawyers Association of Metropolitan Washington DC (1991-1992)

Melissa Rhea, President. Trial Lawyers Association of Metropolitan Washington, DC (2006-2007)

Sandra H. Robinson, President, Trial Lawyers Association of Metropolitan Washington, DC (1997-1998)

Ira Sherman, President, Trial Lawyers Association of Metropolitan Washington, DC (1993-1994)

Allan M. Siegel, President. Trial Lawyers Association of Metropolitan Washington, DC (2008-2009)

Gwendolyn Simmons, President, Women's Bar Association of the District of Columbia (1990-1991)

Gregory S. Smith, President, Bar Association of the District of Columbia (2011-2012); President, Atlanta Bar Association (1998-1999)

Suzanne M. Snedegar, President, Women's Bar Association of the District of Columbia (1979-1980)

James Taglieri, President, Trial Lawyers Association of Metropolitan Washington, DC  (1989-1990)

Lucy L. Thomson, President, Women's Bar Association of the District of Columbia (1988-1989)

Kenneth M. Trombly, President, Trial Lawyers Association of Metropolitan Washington, DC (1994-1995)

Keith W. Watters, President, Bar Association of the District of Columbia (2006-2007); Washington Bar Association (1988-1990), National Bar Association (1995-1996)

Salvatore J. Zambri, Past-President, Trial Lawyers Association of Metropolitan Washington, DC (2007-2008)

### District of Columbia Voluntary Bar Associations

### The Bar Association of the District of Columbia (BADC)

BADC is a non-profit voluntary bar association that seeks to promote civility, justice, and collegiality among members of the legal profession as well as access to legal services for all residents of the nation's capital.  The BADC is the first bar association founded in the District of Columbia in 1871, the same year that the U.S. Department of Justice was established. It is a zealous proponent of the Rule of Law, and the independence of the judiciary, law firms and lawyers.

### The Women's Bar Association of the District of Columbia

The mission of the Women's Bar Association of the District of Columbia is to maintain the honor and integrity of the profession, promote the administration of justice, and advance and protect the interest of women lawyers. The WBA envisions a world in which all women lawyers are empowered to achieve personal and professional success and satisfaction, where all members are meaningfully connected, engaged, and mentored, and where diversity, equity, and inclusion are hallmarks of our programming and leadership. Through our efforts, we will enhance our advocacy voice and community service to improve the legal profession and our society as a whole and promote the rule of law.

### The Hispanic Bar Association of the District of Columbia (HBA-DC)

HBA-DC is a non-profit established in 1977 serving lawyers and law students in the D.C. region. Committed to fostering professional growth, the HBA-DC runs multifaceted initiatives through scholarships, advocacy, pro bono activities, and community outreach. The HBA-DC's interest in this litigation stems from its dedication to the principles of promoting equal justice and opportunity; educating the community about relevant legal issues; and promoting the professional development of lawyers and law students, including those of Hispanic heritage.

**The Trial Lawyers Association of Metropolitan Washington, D.C. (TLA-DC)**

The Trial Lawyers Association of Metropolitan Washington, D.C. (TLA-DC) is a nonprofit voluntary bar association dedicated to preserving the civil justice system and promoting the rule of law. TLA-DC champions the constitutional right to trial by jury, supports access to justice for all, and works to protect public safety through legal accountability. The organization is a strong advocate for ethical advocacy, the independence of the legal profession, and the integrity of the courts.

**The Metropolitan Washington Employment Lawyers Association (MWELA)**

MWELA is a non-profit organization comprised of over 350 lawyers who regularly advise and represent employees in employment and civil rights disputes. MWELA is the local chapter of the National Employment Lawyers Association, a national organization of more than 3,000 lawyers dedicated to the advancement of employee rights. MWELA shares the amicus brief's concerns about the targeting of law firms for their client representations and their implementation of employee DEI programs, and the chilling effect on the legal profession were the Executive Orders allowed to stand.