UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **MARK ZAID, ESQ.**<br>*Plaintiff*,<br><br>v.<br><br>**EXECUTIVE OFFICE<br>   OF THE PRESIDENT**<br> *et al.*,<br>*Defendants*. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:25-cv-1365-AHA<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING THE MOTION OF FORMER PRESIDENTS OF THE DISTRICT OF COLUMBIA BAR, OTHER FORMER OFFICERS AND GOVERNORS OF THE DC BAR,
PAST AND PRESENT PRESIDENTS OF VOLUNTARY BAR ASSOCIATIONS AND VOLUNTARY BAR ASSOCIATIONS IN THE DISTRICT OF COLUMBIA FOR LEAVE TO FILE *AMICI CURIAE BRIEF* IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Upon consideration of the Motion of Former Presidents of the District of Columbia Bar, Other Former Officers and Governors of the DC Bar, Past and Present Presidents of Voluntary Bar Associations, and District of Columbia Voluntary Bar Associations for Leave To File A Brief As *Amici Curiae* in Support of Plaintiff, and the lack of any opposition thereto, it is hereby:

**ORDERED** that the motion of Former Presidents of the District of Columbia Bar *et al.* for leave to file its *amici* brief is **GRANTED** and the Clerk of the Court shall accept the *amici* brief attached to the motion as filed May 28, 2025, *nunc pro tunc*.

**SO ORDERED** this __ day of May 2025

_____
AMIR H. ALI
United States District Judge