**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK S. ZAID, ESQ.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al*.<br><br>　　　　Defendants. | Civil Action No.: 1:25-cv-1365<br><br>Hon. Amir H. Ali |

**NOTICE OF FILING**

　　Pursuant to Local Civil Rule 5.4(e)(1), Plaintiff respectfully files this Notice of Filing to inform the Court that a physical copy of Exhibit 6 of Plaintiff's Motion for Preliminary Injunction (ECF No. 9-10 (denoted as "Placeholder for Exhibit 6")) is scheduled to be sent on May 29, 2025, via certified mail to opposing counsel and to the Clerk of the Court. The physical exhibit is a USB drive containing a single .mp4 file. Exhibit 6 is an approximately 45-second excerpt of a videotaped interview of Director of National Intelligence Tulsi Gabbard by television personality Megyn Kelly. A digital copy of Exhibit 6 was emailed to opposing counsel on the date of this filing. A hyperlink to the full hour-plus interview was also included in Plaintiff's original filing. *See* ECF No. 9-1 at 20 (ECF pagination), n2.

1

Dated: May 29, 2025                                                                                          Respectfully Submitted,


/s/ *Abbe David Lowell*
Abbe David Lowell (D.C. Bar #358651)
David A. Kolansky (NY Bar #5887765)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., 2nd Fl.
Washington, DC 20005
Tel: (202) 964-6110
Fax: (202) 964-6116
alowellpublicoutreach@lowellandassociates.com
dkolansky@lowellandassociates.com

/s/ *Margaret M. Donovan*
Margaret M. Donovan (D.C. Bar #CT0026)
Christopher M. Mattei (*pro hac vice forthcoming*)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com
cmattei@koskoff.com

*Counsel for Plaintiff*

2