UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARK S. ZAID, ESQ.,**<br>*Plaintiff,*<br>v.<br>**EXECUTIVE OFFICE OF THE PRESIDENT,** *et al.***;**<br>*Defendants.* | Civil Action No.: 1:25-cv-1365-AHA |

**[PROPOSED] ORDER GRANTING THE MOTION OF GOVERNMENT ACCOUNTABILITY PROJECT FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

This matter is before the Court on the unopposed, consent motion of the Government Accountability Project to file a brief *amicus curiae* in support of the pending motion for preliminary injunction filed by Plaintiff Mark Zaid in this matter.

Upon consideration of *amici's* motion, the consent to this motion by all concerned, the relevant facts and law, and the entire record of this case,

**IT IS HEREBY ORDERED** that *amici's* motion for leave to file a brief is **GRANTED** and the Clerk of the Court shall accept the amicus brief attached to the motion as filed May 29, 2025, *nunc pro tunc*.

**SO ORDERED** this __ day of May 2025.

_____
AMIR H. ALI
United States District Judge