IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK S. ZAID, ESQ.,<br><br>    Plaintiff,<br><br>    v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br><br>    Defendants. | Civil Action No. 25-1365 (AHA) |

## DEFENDANTS' MOTION TO DISMISS

Defendants hereby move to dismiss. The grounds for the motion are explained in the accompanying memorandum in support of this Motion. A proposed order is also submitted herewith.

Dated: May 30, 2025
       Washington, D.C.

Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General

/s/ Richard Lawson
RICHARD LAWSON
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-8042

*Counsel for Defendants*