IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK S. ZAID, ESQ.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br><br>　　Defendants. | Civil Action No. 25-1365 (AHA) |

**[Proposed] ORDER**

After consideration of Defendants' Motion to Dismiss and for Expedited Judgment [ECF No. ___], it is hereby **ORDERED** that the Motion is **GRANTED** and **JUDGMENT** is entered in favor of Defendants.

**SO ORDERED**.

Dated: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**AMIR ALI**
　　　　　　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**