# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MARK S. ZAID, ESQ.,

    Plaintiff,

v.

EXECUTIVE OFFICE OF THE PRESIDENT, et al.,

    Defendants.

No. 1:25-cv-1365-AHA

## DECLARATION OF ERIC OLSON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

In compliance with Local Civil Rule 83.2(c), and under penalty of perjury, I, Eric Olson, state the following in support of the motion for my admission *pro hac vice*:

1. My full name is Eric R. Olson.

2. I am a member of the law firm of Olson Grimsley Kawanabe Hinchcliff & Murray LLC, counsel for *amici* Law Firm Partners United in the above-captioned matter.

3. My office is located at 700 17th Street, Suite 1600, Denver, CO 80202. My phone number is (303) 535-9155.

4. I am a member in good standing of the bars of Colorado and Illinois and the following federal courts. A certificate of good standing from the State Bar of Colorado is attached as Exhibit A to this declaration.

    a. United States Supreme Court
    b. United States Court of Appeals for the D.C. Circuit
    c. United States Court of Appeals for the Second Circuit
    d. United States Court of Appeals for the Fifth Circuit
    e. United States Court of Appeals for the Ninth Circuit
    f. United States Court of Appeals for the Tenth Circuit

      g. United States District Court for the District of Colorado

5. I have not been disciplined by any bar.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I was admitted *pro hac vice* in this Court on April 24, 2025 in *Susman Godfrey LLP v. Executive Office of the President, et al.*, Case No. 1:24-cv-01107 and on May 7, 2025 in *Jenner & Block LLP v. U.S. Department of Justice, et al.*, Case no. 1:25-cv-00916.

8. I am familiar with the local rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 12, 2025

Respectfully submitted,

/s/ Eric R. Olson

Eric R. Olson
**Olson Grimsley Kawanabe Hinchcliff & Murray, LLC**
700 17th Street, Suite 1600
Denver, CO 80202
eolson@olsongrimsley.com

2

# Exhibit A



# SUPREME COURT
## State of Colorado

**STATE OF COLORADO, ss:**

I, __Cheryl Stevens__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**ERIC R. OLSON**

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __19th__ day of __May__ A.D. __2005__ and that at the date hereof the said __ERIC R. OLSON__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __11th__ day of __June__ A.D. __2025__

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk