# EXHIBIT 15

Standard Form 86
Revised November 2016
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736

Case 1:25-cv-01365-AHA   Document 30-1   Filed 06/13/25   Page 2 of 3

**QUESTIONNAIRE FOR
NATIONAL SECURITY POSITIONS**

Form approved:
OMB No. 3206 0005

## Section 25 - Investigations and Clearance Record

**25.1** Has the U.S. Government (or a foreign government) **EVER** investigated your background and/or granted you a security clearance eligibility/access?  ☐ YES  ☐ NO *(If NO, proceed to 25.2)*

Complete the following if you responded 'Yes' to the U.S. Government (or a foreign government) having investigated your background and/or having granted you a security clearance eligibility/access.

### Entry #1

Provide the investigating agency:

- ☐ U.S. Department of Defense
- ☐ U.S. Department of Homeland Security
- ☐ U.S. Department of State
- ☐ Foreign government (Provide name of government) ▶
- ☐ U.S. Office of Personnel Management
- ☐ I don't know
- ☐ Federal Bureau of Investigation
- ☐ Other (Provide explanation) ▶
- ☐ U.S. Department of Treasury (Provide name of bureau) ▶

Provide the name of agency that issued the clearance eligibility/access if different from the investigating agency.

Date the investigation was completed *(Month/Year)*  ☐ I don't know  ☐ Est.

Provide the date clearance eligibility/access was granted. *(Month/Year)*  ☐ I don't know  ☐ Est.

Provide the level of clearance eligibility/access granted:

- ☐ None
- ☐ Q
- ☐ Confidential
- ☐ L
- ☐ Secret
- ☐ I don't know
- ☐ Top Secret
- ☐ Issued by foreign country
- ☐ Sensitive Compartmented Information (SCI)
- ☐ Other (Provide explanation) ▶

### Entry #2

Provide the investigating agency:

- ☐ U.S. Department of Defense
- ☐ U.S. Department of Homeland Security
- ☐ U.S. Department of State
- ☐ Foreign government (Provide name of government) ▶
- ☐ U.S. Office of Personnel Management
- ☐ I don't know
- ☐ Federal Bureau of Investigation
- ☐ Other (Provide explanation) ▶
- ☐ U.S. Department of Treasury (Provide name of bureau) ▶

Provide the name of agency that issued the clearance eligibility/access if different from the investigating agency.

Date the investigation was completed *(Month/Year)*  ☐ I don't know  ☐ Est.

Provide the date clearance eligibility/access was granted. *(Month/Year)*  ☐ I don't know  ☐ Est.

Provide the level of clearance eligibility/access granted:

- ☐ None
- ☐ Q
- ☐ Confidential
- ☐ L
- ☐ Secret
- ☐ I don't know
- ☐ Top Secret
- ☐ Issued by foreign country
- ☐ Sensitive Compartmented Information (SCI)
- ☐ Other (Provide explanation) ▶

Enter your Social Security Number before going to the next page ⟶

Standard Form 86
Revised November 2016
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736

Case 1:25-cv-01365-AHA   Document 30-1   Filed 06/13/25   Page 3 of 3

**QUESTIONNAIRE FOR NATIONAL SECURITY POSITIONS**

Form approved:
OMB No. 3206 0005

**Section 25 - Investigations and Clearance Record - *(Continued)***

**25.2** Have you **EVER** had a security clearance eligibility/access authorization denied, suspended, or revoked? (Note: An administrative downgrade or administrative termination of a security clearance is not a revocation.)     ☐ YES  ☐ NO *(If NO, proceed to 25.3)*

Complete the following if you responded 'Yes' to having **EVER** had a security clearance eligibility/access authorization denied, suspended, or revoked.

**Entry #1**

| Provide the date security clearance eligibility/access authorization was denied, suspended or revoked. *(Month/Year)*  ☐ Est. | Provide the name of the agency that took the action. | Provide an explanation of the circumstances of the denial, suspension or revocation action. |
|---|---|---|

**Entry #2**

| Provide the date security clearance eligibility/access authorization was denied, suspended or revoked. *(Month/Year)*  ☐ Est. | Provide the name of the agency that took the action. | Provide an explanation of the circumstances of the denial, suspension or revocation action. |
|---|---|---|

**25.3** Have you **EVER** been debarred from government employment?     ☐ YES  ☐ NO *(If NO, proceed to Section 26)*

Complete the following if you responded 'Yes' to having **EVER** been debarred from government employment.

**Entry #1**

| Provide the name of the government agency taking debarment action. | Provide the date the debarment occurred. *(Month/Year)*  ☐ Est. | Provide an explanation of the circumstances of the debarment. |
|---|---|---|

**Entry #2**

| Provide the name of the government agency taking debarment action. | Provide the date the debarment occurred. *(Month/Year)*  ☐ Est. | Provide an explanation of the circumstances of the debarment. |
|---|---|---|

**Enter your Social Security Number before going to the next page** ⟶