IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK S. ZAID, ESQ., <br><br> *Plaintiff*, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et* al., <br><br> *Defendants*. | Civil Action No. 25-1365 (AHA) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Michael K. Velchik, United States Department of Justice, Civil Division, enters his appearance as counsel for Defendants. Mr. Velchik certifies pursuant to Local Rule 83.2(e) that he is personally familiar with the Local Rules of this Court.

Dated: June 25, 2025

                                                              Respectfully submitted,

                                                              */s/ Michael K. Velchik*
                                                              MICHAEL K VELCHIK (DC Bar #187249)
                                                              Senior Counsel
                                                              United States Department of Justice
                                                              Civil Division
                                                              950 Pennsylvania Ave
                                                              Washington, DC 20530
                                                              Tel: (202) 860-8388
                                                              Email: michael.velchik@usdoj.gov

                                                              *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of June 2025, I caused the foregoing document to be served on counsel for plaintiff by filing with the court's electronic case filing system.

/s/ Michael K. Velchik
MICHAEL K. VELCHIK

1