UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK S. ZAID, ESQ.

      Plaintiff,

  v.

EXECUTIVE OFFICE OF THE
PRESIDENT, *et al*.

      Defendants.

Civil Action No.: 1:25-cv-1365-AHA

**MOTION AND NOTICE OF SUPPLEMENTAL FACTS**

Pursuant to Rule 15(d) of the Federal Rules of Civil Procedure, Plaintiff Mark S. Zaid, Esq., respectfully notices and requests leave of this Court to submit the following supplemental facts in support of his Motion for a Preliminary Injunction (ECF No. 9). In accordance with Local Civil Rule 7(m), undersigned counsel conferred with opposing counsel prior to filing this motion. Government counsel indicated that the Government opposes this motion.

As noted in the Supplemental Declaration of Mark S. Zaid, attached hereto as Exhibit 1, since the June 27, 2025 oral argument in this matter, Mr. Zaid has been contacted by nearly two dozen clients whose matters will likely require access to classified information. Supplemental Declaration ("Supp. Decl.") of Mark Zaid, ¶ 3. The Defendant Agencies still have not provided Mr. Zaid with any of the procedural protections afforded to others, nor any legitimate reason for the summary revocation of his clearance. Supp. Decl. ¶¶ 5, 6. Mr. Zaid anticipates he will not be able to provide fulsome representation for these new prospective clients. Supp. Decl. ¶ 5. He also has no way of explaining to prospective clients any details surrounding his revocation, including when or if he may ever reapply for a clearance. Supp. Decl. ¶ 6.

1

Undersigned counsel submit that the facts included in Exhibit 1 "set[] out any transaction, occurrence, or event that happened after the date" of Plaintiff's original filings and corresponding oral argument. Fed. R. Civ. P. 15(d). Moreover, "leave to file a supplemental pleading should be freely permitted when the supplemental facts connect it to the original pleading." *Aftergood v. C.I.A.*, 225 F. Supp. 2d 27, 30 (D.D.C. 2002) (quoting *Quaratino v. Tiffany & Co.*, 17 F.3d 58, 66 (2d Cir. 1995)). Here, the events outlined in Mr. Zaid's Supplemental Declaration all occurred after the relevant briefing and hearing deadlines in this case. Further, these new facts are connected to his original pleadings. For example, in his original Declaration in support of his Motion for a Preliminary Injunction, ECF No. 9-2, Mr. Zaid stated that "[s]ince the unlawful revocation of my security clearance, I am still routinely asked to participate in classified matters . . . I have already had to turn down prospective clients, from referrals and otherwise, who have approached me for representation, when it became obvious that access to classified information would be an essential requirement for their matter." ECF No. 9-2 (original Declaration of Mark S. Zaid), ¶ 46. He also noted that "the unlawful revocation of my security clearance will have – and is already having – a profound impact on my law practice and livelihood in general." *Id*. at ¶ 48. The attached new facts thus do not set out a new cause of action but instead are intended to supplement the current record before this Court. *See Health Ins. Ass'n of Am. v. Goddard Claussen Porter Novelli,* 213 F.R.D. 63, 66 (D.D.C. 2003) (discussing that a supplemental pleading may cover matters occurring after, but pertaining to, the original cause).

For these reasons, undersigned counsel respectfully move for leave to submit the attached Supplemental Declaration of Mark Zaid for the Court's consideration of Mr. Zaid's Motion for a Preliminary Injunction. Undersigned counsel anticipate filing a dispositive motion shortly after any ruling on the pending motions (ECF Nos. 9 (Government's Motion to Dismiss) and 22

(Plaintiff's Motion for a Preliminary Injunction)) and, if these supplemental facts are allowed as part of the record, will incorporate these new facts accordingly.

Dated: August 6, 2025                                          Respectfully Submitted,

/s/ Abbe David Lowell                                          /s/ Norman L. Eisen
Abbe David Lowell (D.C. Bar #358651)                           Norman L. Eisen (D.C. Bar #435051)
David A. Kolansky (NY Bar #5887765)                            DEMOCRACY DEFENDERS FUND
LOWELL & ASSOCIATES, PLLC                                      600 Pennsylvania Avenue, SE, #15180
1250 H Street, N.W., 2nd Fl.                                   Washington, D.C. 20003
Washington, DC 20005                                           Tel: (202) 594-9958
Tel: (202) 964-6110                                            norman@statedemocracydefenders.org
Fax: (202) 964-6116
alowellpublicoutreach@lowellandassociates.com
dkolansky@lowellandassociates.com

/s/ Margaret M. Donovan
Margaret M. Donovan (D.C. Bar #CT0026)
Christopher M. Mattei (*pro hac vice forthcoming*)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com
cmattei@koskoff.com

                                                               *Counsel for Plaintiff Mark S. Zaid*

3