UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK S. ZAID, ESQ. | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 25-01365 (AHA) |
| EXECUTIVE OFFICE OF THE PRESIDENT et. al. | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**SUPPLEMENTAL DECLARATION OF MARK S. ZAID, ESQ.**

I, MARK ZAID, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a person over eighteen (18) years of age and competent to testify. I make this Declaration on personal knowledge and in further support of the Plaintiff's Motion for a Preliminary Injunction, Dkt. 9 (filed May 21, 2025), and all related filings.

2. I am the Plaintiff in this action.

3. Since oral arguments were held before this Court on the pending Motion on June 27, 2025, I have been contacted by nearly two dozen prospective clients whose matters will likely require access to classified information in order to properly address their representation.

4. To my understanding, I was specifically sought out as legal counsel due to my expertise in national security matters.

5. Without a security clearance, and having been deprived of the due process normally available to all others who face security clearance suspensions and revocations, I will be unable to zealously advocate for the best interests of those prospective clients when and if their issues require access to classified information.

6. I still have not been provided any reason by any of the Defendant agencies for the sudden revocation of my clearance, other than the citations to the March 22, 2025 Memorandum included in the original filings in this case. Nor have I been provided any opportunity to appeal the outcome. Thus, I am also unable to provide any explanation to prospective clients about why my clearance was revoked, or when or if I may reapply for one.

   I do solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true to the best of my knowledge.

Date:   August 5, 2025

_____
Mark S. Zaid, Esq.