# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARK S. ZAID, ESQ. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 25-cv-1365 (AHA) |
| | * | |
| EXECUTIVE OFFICE OF THE PRESIDENT *et al.* | * | |
| | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PLAINTIFF'S MOTION FOR STATUS CONFERENCE

NOW COMES Plaintiff Mark S. Zaid, Esq., by and through his undersigned counsel and pursuant to Local Rule 7, to respectfully request that this Court schedule a status conference at its earliest convenience in order to discuss possible next steps in this litigation.

Mr. Zaid filed this lawsuit, which challenges the unlawful revocation of his security clearance without any due process and through an unconstitutionally vague Presidential Memorandum, on May 5, 2025. Dkt. 1. A Motion for Preliminary Injunction was filed on May 21, 2025, Dkt. 9, and, following full briefing, oral arguments occurred on June 27, 2025. By Motion and Notice of Supplemental Facts, Dkt. 42, filed on August 6, 2025, Mr. Zaid sought to update the Court on the professional and financial impact and harm the Defendants' actions continue to have upon him and his law practice. As of the date of this filing, these motions remain pending with the Court.

Now, five months after the filing of this litigation and more than three months since oral arguments on his Motion for Preliminary Injunction, Mr. Zaid is confronted by the continuing harm he and his clients are experiencing as his security clearance remains unlawfully revoked and he is limited in his ability to zealously advocate on their behalf as well as being forced to turn

down new clients whose cases require such clearance. Proceeding towards a final disposition of the case has become increasingly important.

To effectuate this, Mr. Zaid is contemplating whether to file a Motion for Summary Judgment on one or more of his claims where no material facts are in dispute. Alternatively, Mr. Zaid may seek leave to amend his Complaint to add in one or more claims under the Privacy Act of 1974, 5 U.S.C. § 552a *et seq.*, and to update the additional and continuing harm that is being imposed upon him. As the latter action will particularly negate the pending Motion for Preliminary Injunction and require its refiling (potentially along with a Motion for Summary Judgment), the undersigned thought it prudent to raise this matter with the Court as the likelihood of any forthcoming decision would impact the timing of these proposed new court filings. Of course, Mr. Zaid recognizes it is not the Court's role to advise on his filing decisions. However, given that the Court has likely already spent considerable time on this case, he is respectfully informing the Court of his own contemplations in the hope that it may generate the most efficient path towards finality.

The undersigned reached out to counsel for the Defendants for their position on this Motion pursuant to Local Rule 7(m) who object to the relief requested in this motion. Defense counsel noted, and Mr. Zaid understands, the Court may consider the current government shutdown and its limitations on the ability of opposing counsel to participate in duties with respect to any scheduling decisions should this Motion be granted.

The scheduling of this status conference will not modify or impact any current matter pending before the Court. A proposed Order accompanies the filing of this Motion.

Date: October 7, 2025

Respectfully submitted,

*/s/ Abbe David Lowell*
Abbe David Lowell (D.C. Bar #358651)
David A. Kolansky (D.C. Bar 7680722)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., 2nd Fl.
Washington, DC 20005
Tel: 202-964-6110
Fax: 202-964-6116
alowellpublicoutreach@lowellandassociates.com
dkolansky@lowellandassociates.com

*/s/ Norman L. Eisen*
Norman L. Eisen D.C. Bar # 435051
Joshua G. Kolb, D.C. Bar # 7689171
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue, SE, #15180
Washington, D.C. 20003
(202) 594-9958
norman@democracydefenders.org
joshua@democracydefenders.org

*/s/ Margaret M. Donovan*
Margaret M. Donovan (D.C. Bar #CT0026)
Christopher M. Mattei (*pro hac vice*)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com
cmattei@koskoff.com

*/s/ Kevin T. Carroll*
Kevin T. Carroll (D.C. Bar #1021479)
1751 Pinnacle Drive
Tysons, VA 22102
Tel: 718-791-5761
kevintcarroll@hotmail.com

*/s/ George W. Croner*
George W. Croner (*pro hac vice pending*)
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: 215-238-1700
gcroner@kohnswift.com

*/s/ D.E. Wilson, Jr.*
D.E. Wilson, Jr. (D.C. Bar #932178)
LANKFORD & REED, PLLC
120 North St. Asaph Street
Alexandria, VA. 22314
Tel: 703.299.5000
ewilson@LRfirm.net

*/s/ Eugene R. Fidell*
Eugene R. Fidell (D.C. Bar #112003)
FELDESMAN LLP
1129 20th Street NW, Ste. 400
Washington, D.C., 20036
Tel: 202-466-8960
efidell@feldesman.com

*Counsel for Plaintiff Mark S. Zaid, Esq*