UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK S. ZAID, ESQ.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al*.<br><br>　　　　Defendants. | Civil Action No.: 1:25-cv-1365-AHA |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's motion for a status conference, it is hereby **ORDERED** that the Motion is **GRANTED**. A calendar entry will follow.

**SO ORDERED.**

Dated: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Amir H. Ali
　　　　　　　　　　　　　　　　　　　　United States District Judge

1