IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK S. ZAID, ESQ., <br><br> *Plaintiff*, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et* al., <br><br> *Defendants*. | Civil Action No. 25-1365 (AHA) |

**MOTION FOR A STAY OF BRIEFING SCHEDULE
IN LIGHT OF LAPSE OF APPROPRIATIONS**

Defendants hereby move for a stay of the briefing schedule in the above-captioned case.

1.  At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the federal appellees. The Department does not know when funding will be restored by Congress.

2.  Absent an appropriation, Department of Justice attorneys and employees of the federal appellees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.  Undersigned counsel for the Department of Justice therefore requests a stay of the deadline for a joint status report regarding "Plaintiff's proposal to proceed to summary judgment and/or amend the complaint … including whether the pending preliminary injunction and motion to dismiss briefing should be converted to summary judgment briefing, or a timeline for new or

supplemental briefing," presently due on October 5, until Congress has restored appropriations to the Department.

    4.    The Government respectfully requests that, when appropriations are restored, the current deadline be extended for the number of days commensurate with the duration of the lapse in appropriations, plus an additional 10 days. The Government will need this additional time following the end of the lapse to restart regular government operations and finalize the brief for filing.

    5.    Opposing counsel has authorized counsel for the Government to state that they oppose this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the briefing schedule in this case, as described above, until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 10, 2025             Respectfully submitted,

      Washington, D.C.

                                      /s/ Richard Lawson
                                      RICHARD LAWSON
                                      Deputy Associate Attorney General
                                      950 Pennsylvania Avenue, NW
                                      Washington, DC 20530
                                      Telephone: (202) 445-8042

                                      *Counsel for Defendants*