UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARK S. ZAID, ESQ. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 25-cv-1365 (AHA) |
| | * | |
| EXECUTIVE OFFICE OF THE PRESIDENT *et al.* | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT STATUS REPORT

Pursuant to the Court's Order dated October 8, 2025, and the Court's subsequent Order dated October 10, 2025, the parties met and conferred and submit this Joint Status Report to apprise the Court of their respective positions on Plaintiff's proposal to proceed to summary judgment and/or amend the complaint.

In the interest of moving towards finality without redundant briefing, and out of consideration for the Court's resources, Plaintiff proposes converting all pending motions to summary judgment. To the extent the Court would benefit from limited supplemental briefing—for example, the parties' positions on the relevant legal standard, or the universe of undisputed material facts—Plaintiff requests leave to submit a proposed expedited schedule for such briefing and final decision. Plaintiff maintains that injunctive relief—whether preliminary or final—is necessary, given the ongoing harm experienced by Mr. Zaid and his clients. Mr. Zaid also understands that any ruling will likely be appealed by the non-prevailing party. Indeed, this case is listed as involving "substantially the same issue" as the law firm cases currently on appeal at the Court of Appeals for the D.C. Circuit. *See, e.g.*, *Wilmer Cutler v. Executive Office of the President,*

*et al.*, No. 25-5277, C.A.D.C., Docketing Statement [2132233] *and Susman Godfrey LLP v. Executive Office of the President, et al.*, No. 25-5310, C.A.D.C., Docketing Statement [2137100].

Additionally, as to the prospect of bringing Privacy Act claims, Mr. Zaid's position is that regardless of whether the claims are brought through an amended complaint or a new, related case, the addition of such claims should not disrupt the status of any pending motions.

The Government opposes Plaintiff's proposed plan, and in e-mail correspondence dated October 15, 2025, stated that it "would instead request the court rule on the preliminary injunction and motion to dismiss that are currently pending before the court."

The Plaintiff defers to the Court if it believes a status conference is necessary based on the parties' positions outlined herein.

Date: October 15, 2025

Respectfully submitted,

*/s/ Abbe David Lowell*
Abbe David Lowell (D.C. Bar #358651)
David A. Kolansky (D.C. Bar 7680722)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., 2nd Fl.
Washington, DC 20005
Tel: 202-964-6110
Fax: 202-964-6116
alowellpublicoutreach@lowellandassociates.com
dkolansky@lowellandassociates.com

*/s/ Norman L. Eisen*
Norman L. Eisen D.C. Bar # 435051
Joshua G. Kolb, D.C. Bar # NY0628
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue, SE, #15180
Washington, D.C. 20003
(202) 594-9958
norman@democracydefenders.org
joshua@democracydefenders.org

*/s/ Margaret M. Donovan*
Margaret M. Donovan (D.C. Bar #CT0026)
Christopher M. Mattei (*pro hac vice*)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com
cmattei@koskoff.com

*/s/ Kevin T. Carroll*
Kevin T. Carroll (D.C. Bar #1021479)
1751 Pinnacle Drive
Tysons, VA 22102
Tel: 718-791-5761
kevintcarroll@hotmail.com

*/s/ George W. Croner*
George W. Croner (*pro hac vice pending*)
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: 215-238-1700
gcroner@kohnswift.com

*/s/ D.E. Wilson, Jr.*
D.E. Wilson, Jr. (D.C. Bar #932178)
LANKFORD & REED, PLLC
120 North St. Asaph Street
Alexandria, VA. 22314
Tel: 703.299.5000
ewilson@LRfirm.net

*/s/ Eugene R. Fidell*
Eugene R. Fidell (D.C. Bar #112003)
FELDESMAN LLP
1129 20th Street NW, Ste. 400
Washington, D.C., 20036
Tel: 202-466-8960
efidell@feldesman.com

*Counsel for Plaintiff Mark S. Zaid, Esq*