# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MARK S. ZAID, ESQ.,

   *Plaintiff*,

   v.

EXECUTIVE OFFICE OF THE PRESIDENT, *et* al.,

   *Defendants*.

Civil Action No. 25-1365 (AHA)

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Deputy Associate Attorney General Richard P. Lawson provides notice of withdrawal as counsel for Defendants in this matter. Defendants will continue to be represented by Deputy Associate Attorney General Abhishek Kambli and Michael Velchik, United States Department of Justice, Civil Division.

Dated: October 22, 2025  
Washington, D.C.

Respectfully submitted,

/s/ Richard Lawson  
RICHARD LAWSON  
Deputy Associate Attorney General  
950 Pennsylvania Avenue, NW  
Washington, DC 20530  
Telephone: (202) 445-8042

*Counsel for Defendants*