UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARK S. ZAID, ESQ. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 25-01365 (AHA) |
| | * | |
| EXECUTIVE OFFICE OF THE PRESIDENT, *et al*. | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## SECOND MOTION AND NOTICE OF SUPPLEMENTAL FACTS

Pursuant to Rule 15(d) of the Federal Rules of Civil Procedure, Plaintiff Mark S. Zaid, Esq., respectfully notices and requests leave of this Court to submit the following supplemental facts in support of his Motion for a Preliminary Injunction (ECF No. 9). In accordance with Local Civil Rule 7(m), undersigned counsel conferred with opposing counsel prior to filing this motion. Government counsel indicated that the Government opposes this motion.

Plaintiff Mark S. Zaid provides the Court with a Second Supplemental Declaration of Mark S. Zaid, attached hereto as Exhibit 1, and seeks the Court's consideration of it and the other filings based on Mr. Zaid's need to accompany clients in the coming weeks.

The basis for this filing is that the harms identified in the Complaint (ECF No. 1) and filed moving papers not only continue but have not specifically interfered with Mr. Zaid's immediate ability to represent his clients and satisfy his ethical obligations to do so until now. The work has included Mr. Zaid's access to classified information. Before the improper action of the administration to strip Mr. Zaid of his security clearances, he was able to fully perform his role as counsel. The House Permanent Subcommittee on Intelligence (HPSCI) scheduled a classified interview of one of Mr. Zaid's clients for Monday, December 15, 2025. Mr. Zaid, as he has done

many times before, planned to carry out his role as counsel to advise and represent his client during this interview. On December 12, 2025, HPSCI staff informed Mr. Zaid that he would not be able to attend the interview because of his lack of a security clearance. This decision confirms the adverse impact to Mr. Zaid *and* his clients resulting from the challenged government action. Accordingly, with the now imminent next example of the harm caused by the challenged action, Mr. Zaid provides this second supplemental declaration for the Court to consider as it rules on the pending motion.

Dated: December 12, 2025

Respectfully Submitted,

*/s/ Abbe David Lowell*
Abbe David Lowell (D.C. Bar #358651)
David A. Kolansky (NY Bar #5887765)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
Tel: (202) 964-6110
Fax: (202) 964-6116
alowellpublicoutreach@lowellandassociates.com
dkolansky@lowellandassociates.com

*/s/ Margaret M. Donovan*
Margaret M. Donovan (D.C. Bar #CT0026)
Christopher M. Mattei (*pro hac vice forthcoming*)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com
cmattei@koskoff.com

*/s/ Norman L. Eisen*
Norman L. Eisen (D.C. Bar #435051)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue, SE, #15180
Washington, D.C. 20003
Tel: (202) 594-9958
norman@statedemocracydefenders.org

*Counsel for Plaintiff Mark S. Zaid*