# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARK S. ZAID, ESQ. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 25-01365 (AHA) |
| EXECUTIVE OFFICE OF THE PRESIDENT et. al. | * | |
| Defendants. | * | |

## SECOND SUPPLEMENTAL DECLARATION OF MARK S. ZAID, ESQ.

I, MARK ZAID, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a person over eighteen (18) years of age and competent to testify. I make this Declaration on personal knowledge and in further support of the Plaintiff's Motion for a Preliminary Injunction, Dkt. 9 (filed May 21, 2025), and all related filings.

2. I am the Plaintiff in this action. Since the last update to the Court, I have been continually impacted through new circumstances by the Defendants' unlawful actions.

3. For example, as part of my regular representation of federal government victims of Anomalous Health Incidents (colloquially known as "Havana Syndrome"), a matter that I have been handling for more than a dozen years, I often relied upon my lawful and authorized access to classified information. On December 2, 2025, I accompanied one of my clients for a Transcribed Interview with the House Permanent Select Committee on Intelligence ("HPSCI"). That session was required to be unclassified because of the Defendants' actions revoking my security clearance. While for that client an unclassified meeting substantially covered the information in question, another client's Transcribed Interview is scheduled for December 15, 2025. That interview, however, will be handled nearly all in the classified arena and I have been

prohibited from attending or participating during those portions. Previously, I routinely attended and participated in my clients' classified (up to the TOP SECRET level) interviews and meetings with this Committee. The client who will be interviewed next week has specifically requested that I be in attendance to properly and zealously advocate for their rights, particularly as a whistleblower making protected disclosures. Indeed, the interview dates and location were specifically modified to accommodate my participation, to no avail.

4. The HPSCI has indicated an interest in potentially interviewing other clients of mine, most of whom would need to testify in a classified setting. These clients also prefer my attendance and participation and, for some, have been hesitant to agree to cooperate without my personal representation.

5. I am also regularly approached by potential clients whose representation would require my authorized access to classified information, and I have to re-direct them to other counsel.

6. I still have not been provided any reason by any of the Defendant agencies for the sudden revocation of my clearance, other than the citations to the March 22, 2025 Memorandum included in the original filings in this case. Nor have I been provided any opportunity to appeal the outcome.

I do solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true to the best of my knowledge.

Date:   December 12, 2025

Mark S. Zaid, Esq.

2