UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARK S. ZAID, ESQ. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 25-01365 (AHA) |
| | * | |
| EXECUTIVE OFFICE OF THE PRESIDENT, *et al.* | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF DEFENDANTS' CONCESSION TO PLAINTIFF'S SECOND MOTION FOR LEAVE AND NOTICE OF SUPPLEMENTAL FACTS**

On December 12, 2025, Plaintiff Mark S. Zaid filed a Second Motion for leave to submit supplemental facts in support of his Motion for a Preliminary Injunction (ECF No. 9). ECF 50. Pursuant to Local Civil Rule 7(b):

> Within 14 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded.

On December 14, 2025, the Court directed Defendants to file any response by December 18, 2025. *See* Minute Order dated 12/14/25. Given that this deadline has now passed, and Defendants have failed to file any response to his Second Motion for Leave and Notice of Supplemental Facts, Mr. Zaid respectfully requests that the Court treat his Motion as conceded and grant the requested relief.

1

| | |
|---|---|
| Dated: December 22, 2025 | Respectfully Submitted, |
| | |
| */s/ Abbe David Lowell* | */s/ Norman L. Eisen* |
| Abbe David Lowell (D.C. Bar #358651) | Norman L. Eisen (D.C. Bar #435051) |
| David A. Kolansky (NY Bar #5887765) | DEMOCRACY DEFENDERS FUND |
| LOWELL & ASSOCIATES, PLLC | 600 Pennsylvania Avenue, SE, #15180 |
| 1250 H Street, N.W., Suite 250 | Washington, D.C. 20003 |
| Washington, DC 20005 | Tel: (202) 594-9958 |
| Tel: (202) 964-6110 | norman@statedemocracydefenders.org |
| Fax: (202) 964-6116 | |
| alowellpublicoutreach@lowellandassociates.com | |
| dkolansky@lowellandassociates.com | |

*/s/ Margaret M. Donovan*
Margaret M. Donovan (D.C. Bar #CT0026)
Christopher M. Mattei (*pro hac vice forthcoming*)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com
cmattei@koskoff.com

*Counsel for Plaintiff Mark S. Zaid*