IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK S. ZAID, ESQ., <br><br> *Plaintiff*, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et* al., <br><br> *Defendants*. | Civil Action No. 25-1365 (AHA) |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO FILE STATUS REPORT**

Defendants hereby move for a fourteen (14) day extension of time to file a status report "advising the Court of their proposed next steps." Opinion and Order, ECF 52 at 39.  Per LCvR 7, counsel for Defendants has conferred with counsel for Plaintiff, who does not oppose this request.

On December 23, 2025, the Court granted in part Plaintiff's Motion for a Preliminary Injunction and denied Defendants' Motion to Dismiss.  ECF 52.  The Court's Order enjoined Defendants "from giving effect to security clearance revocations or denials of access to or the ability to use classified information made pursuant to the March 22, 2025, Presidential Memorandum entitled 'Rescinding Security Clearances and Access to Classified Information from Specified Individuals' as to Mark S. Zaid." ECF 52 at 39.  The Court's Order further provided that the "preliminary injunction shall not go into effect for twenty-one days, until January 13, 2026, to provide the government with the opportunity to consider next steps,

including whether to appeal." ECF 52 at 39. The Court ordered Defendants to "file a status report by December 30, 2025, advising the court of their proposed next steps." ECF 52 at 39.

Defendants respectfully file this unopposed motion for a two-week extension of time to file their status report advising the court of their proposed next steps. This will allow the government to exercise its "opportunity to consider next steps, including whether to appeal." ECF 52 at 39.

Dated: December 29, 2025                Respectfully submitted,

                                        */s/ Michael K. Velchik*
                                        MICHAEL K VELCHIK (DC Bar #187249)
                                        Senior Counsel
                                        U.S. Department of Justice
                                        Civil Division
                                        950 Pennsylvania Ave
                                        Washington, DC 20530
                                        Tel: (202) 860-8388
                                        Email: michael.velchik@usdoj.gov

                                        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of December 2025, I caused the foregoing document to be served on counsel for plaintiff by filing with the court's electronic case filing system.

/s/ Michael K. Velchik
MICHAEL K. VELCHIK