IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK S. ZAID, ESQ.,<br><br>    *Plaintiff*,<br><br>    v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et* al.,<br><br>    *Defendants*. | Civil Action No. 25-1365 (AHA) |

**NOTICE OF APPEAL**

Defendants—Executive Office of the President, Department of Defense, Defense Counterintelligence and Security Agency, Central Intelligence Agency, Office of the Director of National Intelligence, and United States of America—respectfully provide notice that they hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's December 23, 2025, Order (ECF 52), which granted in part Plaintiff Mark Zaid's Motion for a Preliminary Injunction, denied Defendants' Motion to Dismiss, and entered a preliminary injunction against Defendants.

Dated: January 6, 2025
    Washington DC

                                Respectfully submitted,

                                */s/ Michael K. Velchik*
                                MICHAEL K VELCHIK (DC Bar #187249)
                                Senior Counsel
                                United States Department of Justice
                                Civil Division
                                950 Pennsylvania Ave
                                Washington, DC 20530
                                Tel: (202) 860-8388
                                Email: michael.velchik@usdoj.gov

                                *Attorney for Defendants*