IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK S. ZAID, ESQ., <br><br> *Plaintiff*, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et* al., <br><br> *Defendants*. | Civil Action No. 25-1365 (AHA) |

**STATUS REPORT**

Defendants hereby provide the Court with a status report "advising the Court of their proposed next steps." Memorandum Opinion and Order, ECF 52 at 39. Defendants have filed a notice of appeal of this Court's order, ECF 52, granting in part Plaintiff's Motion for a Preliminary Injunction, ECF 19, and denying Defendants' Motion to Dismiss, ECF 22. Defendants intend to ask the D.C. Circuit to expedite this appeal. Defendants respectfully request that the Court hold the case in abeyance pending appeal.

Dated: January 6, 2025

Respectfully submitted,

*/s/ Michael K. Velchik*
MICHAEL K VELCHIK (DC Bar #187249)
Senior Counsel
United States Department of Justice
Civil Division
950 Pennsylvania Ave
Washington, DC 20530
Tel: (202) 860-8388
Email: michael.velchik@usdoj.gov

*Attorney for Defendants*