UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK S. ZAID, ESQ. | * |
| Plaintiff, | * |
| v. | *  Civil Action No. 25-01365 (AHA) |
| EXECUTIVE OFFICE OF THE PRESIDENT et. al. | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S STATUS REPORT

During the Status Conference held on January 7, 2026, the Court directed and Plaintiff's counsel agreed that we would advise the Court and counsel within "two weeks or fewer" about the issue of amendment, specifically whether Plaintiff intended to add a Privacy Act cause of action to his Complaint in this case. 1/07/26 Tr. at 16:6-9.

Plaintiff does not intend to move for leave to amend at this time[1], and as discussed during the Status Conference, Plaintiff consents to staying all further proceedings in this Court pending resolution of the matter on appeal, unless or in the event that something new arises regarding Mr. Zaid's clearance status or access that would prompt the parties to come back to the Court.

---

[1] However, consistent with the statute of limitations, Plaintiff reserves the right to pursue that claim in the future.

1

Dated: January 21, 2026

*/s/ Abbe David Lowell*
Abbe David Lowell (D.C. Bar #358651)
David A. Kolansky (NY Bar #5887765)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
Tel: (202) 964-6110
Fax: (202) 964-6116
alowellpublicoutreach@lowellandassociates.com
dkolansky@lowellandassociates.com

*/s/ Margaret M. Donovan*
Margaret M. Donovan (D.C. Bar #CT0026)
Christopher M. Mattei (*pro hac vice*)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com
cmattei@koskoff.com

Respectfully Submitted,

*/s/ Norman L. Eisen*
Norman L. Eisen (D.C. Bar #435051)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue, SE, #15180
Washington, D.C. 20003
Tel: (202) 594-9958
norman@statedemocracydefenders.org

*Counsel for Plaintiff Mark S. Zaid*